1  Center For Disability Access
2  Mark Potter, ESQ., SBN 166317
   100 Pine St., Ste 1250
3  San Francisco, CA 94111
4  (858) 375-7385; FAX (888) 422-5191

5  Attorney for Judgment Creditor

6

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9

10 Chris Langer,                    ) Case No.: 8:14-cv-01544-AG-AN
         Plaintiff,                 )
11                                  )
         v.                         ) **NOTICE OF RENEWAL OF**
12                                  ) **JUDGMENT** BY CLERK
13 Mahir G. Gammo, et al.,          )
         Defendants.                )
14                                  )
15                                  )
                                    )
16

17
       To JUDGMENT DEBTOR (name): Mahir G. Gammo
18

19   1. **This renewal extends** the period of enforceability of the judgment until 10 years from
20      the date the application for renewal was filed.
21   2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal
22      with this court.
23   3. You must make this motion within **30 days** after service of this notice on you.
24   4. A copy of the *Application for and Renewal of Judgment* is attached (*Cal. Rules of
25      Court, rule 3.1990*).

26

27 Date:                              Clerk, by _____, Deputy.
28                                                         (Seal)

Notice for Renewal of Judgment 1