Center For Disability Access
Mark Potter, ESQ., SBN 166317
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; FAX (888) 422-5191

Attorney for Judgment Creditor

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Chris Langer,
    Plaintiff,
    v.

Mahir G. Gammo, et al.,
    Defendants.

Case 8:14-cv-01544-AG-AN

P~~ROPOSED~~ Renewal of Judgment
By Clerk

1

Upon review of the court files, the application for renewal of judgment, the declarations submitted in support of the renewal of judgment, it is Judgment is renewed for $7462.52 in favor of plaintiff Chris Langer and against Defendant Mahir G. Gammo.

1. where $7357.50 was awarded by court via Judgment entered on 2/6/2015.
2. where $105.02 is the interest amount calculated at 0.17% p.a., from the date Judgment was entered on 2/6/2015 to 6/29/2023.

Dated: July 5, 2023                    By *Sharon Hall Brown*

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff